UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL CONNORS,　　　　　　　　　　　　　　21-cv-4953 (JGK)

　　　　　　　Plaintiff,　　　　　　　　ORDER

　- against -

AMOREPACFICIL US, INC., ET AL.,

　　　　　　　Defendants.

JOHN G. KOELTL, District Judge:

　　The parties should submit a Rule 26(f) Report by July 23, 2021.

SO ORDERED.

Dated:　　New York, New York
　　　　　July 7, 2021

　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/07/2021