```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
PAUL CONNORS,

                            Plaintiff,                          ORDER

        -against-                                               21-CV-4953 (JGK)(KNF)

AMOREPACIFIC US, INC., INSPERITY
PEO SERVICES, L.P., RAYMOND
KYUNGKOOK KIM, and JAE KYUNG
SHIM,

                            Defendants.
--------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

The plaintiff's letter-motion for a pre-motion conference concerning the dispute between the plaintiff and defendant Amorepacific US, Inc. over the current addresses of defendants Raymond KyungKook Kim and Jae Kyung Shim, Docket Entry No. 26, is denied, for the reasons set forth in the order appearing at Docket Entry No. 27.

Dated: New York, New York　　　　　　　　　SO ORDERED:
　　　　September 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KEVIN NATHANIEL FOX
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1