USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/21/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Paul Connors,

                                        Plaintiff,          1:21-cv-04953 (JGK)

                    -against-                              **ORDER**

Amorepacific US, Inc.,

                                        Defendants.

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1.  No later than January 26, 2022, Plaintiff shall identify two custodians and a three-month period, for which Defendant Amorepacific US, Inc. ("APUS") will conduct ESI searches. APUS shall conduct such searches, and produce any responsive documents, no later than February 25, 2022. Following APUS's production, the parties shall meet and confer regarding any additional ESI production and, if they cannot agree, shall seek Court intervention.

2.  No later than February 18, 2022, APUS shall produce, subject to confidentiality, documents sufficient to show the compensation of its Chief Marketing Officer.

**SO ORDERED.**

DATED:        New York, New York
              January 21, 2022

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge